APPEAL,PSEUDO−GR,STAYED,TYPE−D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00286−RCL
### *Internal Use Only*

| | |
|---|---|
| DOE et al v. MCHENRY et al | Date Filed: 01/30/2025 |
| Assigned to: Judge Royce C. Lamberth | Jury Demand: None |
| Related Cases: 1:25−cv−00401−RCL | Nature of Suit: 550 Prisoner Petition: Civil Rights (Other) |
| 1:25−cv−00691−RCL | Jurisdiction: U.S. Government Defendant |
| 1:25−cv−00653−RCL | |
| Case in other court:  USCA, 25−05099 | |
| Cause: 28:1331 Fed. Question: Violation 5th & 8th Amendme | |

**Plaintiff**

**JANE DOE**   represented by   **Jennifer Levi**
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
617−426−1350
Email: jlevi@glad.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adrienne Spiegel**
ROSEN BIEN GALVAN & GRUNFELD
101 Mission Street
6th Floor
San Francisco, CA 94105
415−433−6830
Email: aspiegel@rbgg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811
415−365−1338
Email: awhelan@nclrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Hattem**

ROSEN BIEN GALVAN & GRUNFELD, LLP
101 Mission Street, Sixth Floor
94105
San Francisco, CA 94105
415–433–6830
Email: bhattem@rbgg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811
415–365–1320
Email: cstoll@nclrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
ROSEN BIEN GALVAN & GRUNFELD, LLP
101 Mission Street, Sixth Floor
94105
San Francisco, CA 94105
415–433–6830
Fax: 415–433–7104
Email: egalvan@rbgg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara Jane Janssen**
ROSEN BIEN GALVAN & GRUNFELD
101 Mission Street
6th Floor
San Francisco, CA 94105
415–433–6830
Fax: 415–488–7104
Email: kjanssen@rbgg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
617–426–1350
Email: saustin@glad.org

|  |  |  |
|---|---|---|
|  |  | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Eve L. Hill**<br>BROWN, GOLDSTEIN & LEVY, L.L.P.<br>120 E. Baltimore St.<br>Suite 2500<br>Baltimore, MD 21202<br>410–962–1030<br>Fax: 410–385–0869<br>Email: ehill@browngold.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **MARY DOE** | represented by | **Jennifer Levi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Adrienne Spiegel**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Amy Whelan**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Benjamin Hattem**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Christopher F. Stoll**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Ernest Galvan**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kara Jane Janssen**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Sarah K. Austin**<br>(See above for address) |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve L. Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SARA DOE** represented by **Jennifer Levi**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adrienne Spiegel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Hattem**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ernest Galvan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kara Jane Janssen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eve L. Hill**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **JAMES R. MCHENRY, III**<br>*in his official capacity as Acting Attorney General of the United States* | represented by | **Alexander James Yun**<br>U.S. Department of Justice<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>202–305–8645<br>Email: Alex.Yun@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jean Lin**
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 11532
Washington, DC 20005
(202) 514–3716
Fax: (202) 616–8470
Email: jean.lin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20005
771–217–8107
Email: elizabeth.b.layendecker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Robinson**
JACOBSON LAWYERS GROUP
1629 K Street NW, Suite 300
Washington, DC 20006
301–823–1148
Email: john@jacobsonlawyersgroup.com
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **WILLIAM LOTHROP**<br>*in his official capacity as Acting Director of the Federal Bureau of Prisons* | represented by | **Alexander James Yun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jean Lin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Robinson**
(See above for address)
*TERMINATED: 04/04/2025*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/30/2025 | 1 | COMPLAINT against WILLIAM LOTHROP, JAMES R. MCHENRY III ( Filing fee $ 405 receipt number ADCDC−11444829) filed by JANE DOE, SARA DOE, MARY DOE. (Attachments: # 1 Civil Cover Sheet, # 2 Summons – James R. McHenry III, Acting AG, # 3 Summons – William Lothrop, Acting Director, Federal BOP, # 4 Summons – Edward R. Martin Jr., U.S. Attorney for DC, # 5 Motion to File Under Seal and for Protective Order, # 6 Memorandum in Support of Motion to Seal, # 7 Text of Proposed Order)(Hill, Eve) (Entered: 01/30/2025) |
| 01/30/2025 | 2 | MOTION to File Under Seal *Motion for Temporary Restraining Order and Preliminary Injunction* by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Hill, Eve) Modified event on 1/30/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 3 | MOTION for Leave to Proceed Under Pseudonyms by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Hill, Eve) Modified event on 1/30/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 4 | NOTICE *Corrected Summonses – Summons – James R. McHenry III* by JANE DOE, MARY DOE, SARA DOE re 1 Complaint,, (Attachments: # 1 Summons – William Lothrop, # 2 Summons – Edward R. Martin Jr.)(Hill, Eve) (Entered: 01/30/2025) |
| 01/30/2025 | 5 | SEALED MOTION for Temporary Restraining Order and Preliminary Injunction filed by JANE DOE, MARY DOE, SARA DOE (Attachments: # 1 Memorandum in Support, # 2 Declaration of Eve Hill, # 3 Declaration of Loren Schechter, MD, # 4 Declaration of Jane Doe, # 5 Declaration of Ivana Kuc, # 6 Declaration of Frederic M. Ettner, MD, # 7 Text of Proposed Order)(Hill, Eve) Modified docket text on 1/31/2025 (znmw). (Entered: 01/30/2025) |
| 01/30/2025 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer L. Levi, Filing fee $ 100, receipt number ADCDC−11446078. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration for Pro Hac Vice Admission, # 2 Supplemental Statement ISO Motion to Appear Pro Hac Vice, # 3 Certificate of Good Standing, # 4 Text of Proposed Order)(Hill, Eve) (Entered: 01/30/2025) |
| 01/31/2025 | 7 | ORDER: The Court ORDERS that: 1) Plaintiffs' 2 Motion to Seal and 3 Motion to Proceed Under Pseudonyms are GRANTED IN PART and DENIED IN PART; 2) All parties shall use the pseudonyms listed in the Complaint in all documents filed in this action; 3) Plaintiffs' 1 redacted Complaint shall remain on the public docket; 4) Their 5 unredacted TRO Motion shall remain under seal for now; and 5) Within five days of |

| | | |
|---|---|---|
| | | this Order, Plaintiffs shall file on the public docket a redacted version of their 5 Motion for a Temporary Restraining Order and Preliminary Injunction and associated documents; an unredacted version of their Complaint, filed under seal; and a declaration containing their real names and residential addresses, filed under seal. Signed by Chief Judge James E. Boasberg on January 31, 2025. (lcjeb3) (Entered: 01/31/2025) |
| 02/03/2025 | | Case Assigned to Judge Royce C. Lamberth. (zmtm) (Entered: 02/03/2025) |
| 02/03/2025 | 8 | SUMMONS (3) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(zmtm) (Entered: 02/03/2025) |
| 02/03/2025 | 9 | ORDER: Upon consideration of the Motion 6 for Leave to Appear Pro Hac Vice, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/03/2025. (lcrcl2) (Main Document 9 replaced on 2/3/2025) (zsmc). (Entered: 02/03/2025) |
| 02/03/2025 | 10 | NOTICE of Appearance by Jennifer Levi on behalf of JANE DOE, MARY DOE, SARA DOE (Levi, Jennifer) (Entered: 02/03/2025) |
| 02/03/2025 | | NOTICE OF HEARING: Motion Hearing set for 2/4/2025 at 10:00 AM in Courtroom 15 (In Person) before Judge Royce C. Lamberth. (smc) (Entered: 02/03/2025) |
| 02/03/2025 | 11 | Memorandum in opposition to re 5 Sealed Motion, *for Temporary Restraining Order or Preliminary Injunction* filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP. (Attachments: # 1 Exhibit 1−Declaration of Rick Stover, # 2 Exhibit 2−2018 Transgender Offender Manual, # 3 Exhibit 3−2022 Transgender Offender Manual, # 4 Exhibit 4−Keohane v. Dixon Order, # 5 Text of Proposed Order)(Lin, Jean) (Entered: 02/03/2025) |
| 02/03/2025 | 12 | ENTERED IN ERROR.....SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Sealed declaration of Rick Stover, # 2 Text of Proposed Order)(Lin, Jean) Modified on 2/4/2025 (zdp). (Entered: 02/03/2025) |
| 02/03/2025 | 13 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Declaration of Eve Hill (Redacted), # 3 Exhibit Declaration of Loren Schechter (Redacted), # 4 Exhibit Declaration of Jane Doe (Redacted), # 5 Exhibit Declaration (Redacted), # 6 Exhibit Declaration of Frederic M. Ettner, MD, # 7 Text of Proposed Order)(Hill, Eve) (Entered: 02/03/2025) |
| 02/03/2025 | 14 | NOTICE of Appearance by John Robinson on behalf of JAMES R. MCHENRY, III, WILLIAM LOTHROP (Robinson, John) (Entered: 02/03/2025) |
| 02/03/2025 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Sarah K. Austin, Filing fee $ 100, receipt number ADCDC−11453369. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Certification of Sarah K. Austin, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Hill, Eve) (Entered: 02/03/2025) |
| 02/04/2025 | | NOTICE of AMENDED HEARING: Motion Hearing reset for 2/4/2025 at 11:00 AM (same day, different time) in Courtroom 15 (In Person) before Judge Royce C. |

| | | |
|---|---|---|
| | | Lamberth. (smc) (Entered: 02/04/2025) |
| 02/04/2025 | 16 | SEALED DOCUMENT filed by JANE DOE, MARY DOE, SARA DOE re 1 Complaint,, (This document is SEALED and only available to authorized persons.)(Hill, Eve) (Entered: 02/04/2025) |
| 02/04/2025 | | Minute Entry for Motion Hearing held on 2/4/2025 before Judge Royce C. Lamberth: re 13 MOTION for Temporary Restraining Order and Preliminary Injunction. Oral arguments heard and TAKEN UNDER ADVISEMENT. Court Reporter: Lisa Edwards. (smc) (Entered: 02/04/2025) |
| 02/04/2025 | | NOTICE OF ERROR regarding 12 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP (This document is SEALED and only available to authorized persons.). The following error(s) need correction: Invalid attorney signature– signature on document must match PACER login. Please refile. (zdp) (Entered: 02/04/2025) |
| 02/04/2025 | 17 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Kara J. Janssen, Filing fee $ 100, receipt number ADCDC–11456399. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration for PHV Admission – Kara J. Janssen, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Hill, Eve) (Entered: 02/04/2025) |
| 02/04/2025 | 18 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Adrienne Spiegel, Filing fee $ 100, receipt number ADCDC–11456420. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration for PHV Admission – Adrienne Spiegel, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Hill, Eve) (Entered: 02/04/2025) |
| 02/04/2025 | 19 | SEALED DOCUMENT filed by JANE DOE, MARY DOE, SARA DOE re 1 Complaint,, (This document is SEALED and only available to authorized persons.)(Hill, Eve) (Entered: 02/04/2025) |
| 02/04/2025 | 20 | ERRATA by JANE DOE, MARY DOE, SARA DOE re 1 Complaint,,. (Attachments: # 1 Errata – Complaint)(Hill, Eve) (Entered: 02/04/2025) |
| 02/04/2025 | 21 | ERRATA by JANE DOE, MARY DOE, SARA DOE re 13 Motion for TRO,, Motion for Preliminary Injunction,. (Attachments: # 1 Memorandum in Support (Errata))(Hill, Eve) (Entered: 02/04/2025) |
| 02/04/2025 | 22 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Benjamin Hattem, Filing fee $ 100, receipt number ADCDC–11456563. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration Benjamin Hattem, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Hill, Eve) (Entered: 02/04/2025) |
| 02/04/2025 | 23 | MEMORANDUM & ORDER: Upon consideration of the plaintiffs' Motion 13 for a Temporary Restraining Order, the defendants' Opposition 11 thereto, and the entire record herein, and for the reasons contained in this Memorandum and Order, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants are temporarily enjoined and restrained from implementing Sections 4(a) and 4(c) of Executive Order 14168 as to the plaintiffs, pending further Order of this Court; and it is further ORDERED that, pending further Order of this Court, defendants shall maintain and continue the plaintiffs' housing status and medical care as they existed immediately prior to January 20, 2025. Signed by Judge Royce C. Lamberth on |

| | | |
|---|---|---|
| | | 02/04/2025. (lcrcl2) (Entered: 02/04/2025) |
| 02/05/2025 | 24 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Declaration of Rick Stover (sealed), # 2 Text of Proposed Order)(Robinson, John) (Entered: 02/05/2025) |
| 02/05/2025 | 25 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Amy Whelan, Filing fee $ 100, receipt number ADCDC–11458891. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration for PHV Admission – Amy Whelan, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Hill, Eve) (Entered: 02/05/2025) |
| 02/05/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 24 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Declaration of Rick Stover (sealed), # 2 Text of Proposed Order)(Robinson, John).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 2/12/2025. (zhcn) Modified on 2/6/2025 (zhcn). (Entered: 02/06/2025) |
| 02/06/2025 | 26 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Ernest J. Galvan, Filing fee $ 100, receipt number ADCDC–11462000. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration for PHV Admission – Ernest J. Galvan, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Hill, Eve) (Entered: 02/06/2025) |
| 02/06/2025 | 27 | ORDER: Upon consideration of the Motion 15 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/06/2025. (lcrcl2) (Entered: 02/06/2025) |
| 02/06/2025 | 28 | ORDER: Upon consideration of the Motion 17 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/06/2025. (lcrcl2) (Entered: 02/06/2025) |
| 02/06/2025 | 29 | ORDER: Upon consideration of the Motion 18 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/06/2025. (lcrcl2) (Entered: 02/06/2025) |
| 02/06/2025 | 30 | |

| | | |
|---|---|---|
| | | ORDER: Upon consideration of the Motion 22 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/06/2025. (lcrcl2) (Entered: 02/06/2025) |
| 02/06/2025 | 31 | ORDER: Upon consideration of the Motion 25 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/06/2025. (lcrcl2) (Entered: 02/06/2025) |
| 02/06/2025 | 32 | ORDER: Upon consideration of the Motion 26 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/06/2025. (lcrcl2) (Entered: 02/06/2025) |
| 02/06/2025 | 33 | TRANSCRIPT OF MOTION HEARING before Judge Royce C. Lamberth held on February 4, 2025; Page Numbers: 1−41. Date of Issuance: February 6, 2025. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/27/2025. Redacted Transcript Deadline set for 3/9/2025. Release of Transcript Restriction set for 5/7/2025.(Edwards, Lisa) (Entered: 02/06/2025) |
| 02/07/2025 | 34 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the District of Columbia Attorney General. Date of Service Upon District of Columbia Attorney General 2/3/2025. Answer due for ALL D.C. DEFENDANTS by 2/24/2025. (Hill, Eve) (Entered: 02/07/2025) |
| 02/07/2025 | 35 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. WILLIAM LOTHROP served on 2/3/2025 (Hill, Eve) (Entered: 02/07/2025) |
| 02/07/2025 | 36 | NOTICE of Appearance by Sarah K. Austin on behalf of JANE DOE, MARY DOE, SARA DOE (Austin, Sarah) (Entered: 02/07/2025) |
| 02/07/2025 | 38 | NOTICE of Appearance by Amy Whelan on behalf of All Plaintiffs (Whelan, Amy) (Entered: 02/07/2025) |
| 02/07/2025 | 39 | NOTICE of Appearance by Kara Jane Janssen on behalf of All Plaintiffs (Janssen, Kara) (Entered: 02/07/2025) |

| | | |
|---|---|---|
| 02/07/2025 | 40 | NOTICE of Appearance by Ernest Galvan on behalf of All Plaintiffs (Galvan, Ernest) (Entered: 02/07/2025) |
| 02/07/2025 | 41 | NOTICE of Appearance by Adrienne Spiegel on behalf of All Plaintiffs (Spiegel, Adrienne) (Entered: 02/07/2025) |
| 02/10/2025 | 42 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christopher F. Stoll, Filing fee $ 100, receipt number ADCDC–11467664. Fee Status: Fee Paid. by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration for PHV Admission – Christopher F. Stoll, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Hill, Eve) (Entered: 02/10/2025) |
| 02/14/2025 | 43 | ORDER: Upon consideration of the Motion 42 for Leave to Appear Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 02/14/2025. (lcrcl2) (Entered: 02/14/2025) |
| 02/18/2025 | 44 | ORDER: Upon consideration of the plaintiffs' Motion 13 for a Preliminary Injunction, the Opposition 11 thereto, and the entire record herein which is essentially unchanged since the issuance of the Temporary Restraining Order 23 , and for the reasons contained in the Temporary Restraining Order, it is hereby ORDERED that the plaintiffs' Motion for a Preliminary Injunction is GRANTED; and it is further ORDERED that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against plaintiffs Jane, Mary, and Sara Doe, pending further Order of this Court; and it is further ORDERED that, pending further Order of this Court, the defendants shall maintain and continue the plaintiffs' housing status and medical care as they existed immediately prior to January 20, 2025. See Order for details. Signed by Judge Royce C. Lamberth on 02/18/2025. (lcrcl2) (Entered: 02/18/2025) |
| 02/19/2025 | 45 | NOTICE of Appearance by Christopher F. Stoll on behalf of All Plaintiffs (Stoll, Christopher) (Entered: 02/19/2025) |
| 02/21/2025 | 46 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 02/07/2025. (Hill, Eve) (Entered: 02/21/2025) |
| 02/21/2025 | 47 | AMENDED COMPLAINT against All Defendants filed by JANE DOE, SARA DOE, MARY DOE.(Hill, Eve) (Entered: 02/21/2025) |
| 02/21/2025 | 48 | SEALED MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL filed by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 AMENDED COMPLAINT)(Hill, Eve) (Entered: 02/21/2025) |
| 02/21/2025 | 49 | MOTION to Proceed Under Pseudonyms by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Hill, Eve) (Entered: 02/21/2025) |
| 02/21/2025 | 50 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction *(Expanded)* by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum of Points and Authorities ISO Motion for TRO and Expanded PI, # 2 Declaration of Eve Hill ISO Motions for TRO and PI and to Proceed Under Pseudonym and Partially Seal the Record, # 3 Text of Proposed Order)(Hill, Eve) |

| | | |
|---|---|---|
| | | (Entered: 02/21/2025) |
| 02/21/2025 | 51 | SEALED DOCUMENT filed by JANE DOE, MARY DOE, SARA DOE re 50 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction *(Expanded)* (This document is SEALED and only available to authorized persons.)(Hill, Eve) (Entered: 02/21/2025) |
| 02/23/2025 | 52 | Memorandum in opposition to re 50 Motion for TRO,, Motion for Preliminary Injunction, *(Redacted)* filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP. (Attachments: # 1 Declaration of Rick Stover (redacted), # 2 Text of Proposed Order)(Robinson, John) (Entered: 02/23/2025) |
| 02/23/2025 | 53 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Response to Plaintiffs' Motion for TRO, # 2 Declaration of Rick Stover, # 3 Text of Proposed Order)(Robinson, John) (Entered: 02/23/2025) |
| 02/24/2025 | 54 | REPLY *in Support of Motion for Temporary Restraining Order and Preliminary Injunction* filed by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Declaration of Lauren Meade, M.D. ISO Plaintiffs' Motion for TRO and Expanded PI)(Hill, Eve) (Entered: 02/24/2025) |
| 02/24/2025 | 55 | ORDER granting 50 Motion for TRO and Preliminary Injunction; It is hereby ORDERED that the plaintiffs' Motion is GRANTED; and it is further ORDERED that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against plaintiffs Jane, Mary, Sara, Emily, Zoe, Tori, Olivia, Susan, Lois, Sophia, Sally, and Wendy Doe, pending further Order of this Court; and it is further ORDERED that, pending further Order of this Court, the defendants shall maintain and continue the plaintiffs' housing status and medical care as they existed immediately prior to January 20, 2025. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/24/2025 | 56 | NOTICE of Appearance by Benjamin Hattem on behalf of All Plaintiffs (Hattem, Benjamin) (Entered: 02/24/2025) |
| 02/27/2025 | 57 | ORDER granting Plaintiffs' Motion for Protective Order, ECF No. 1–5. See Order for details. Signed by Judge Royce C. Lamberth on 2/27/2025. (lcrcl3) (Entered: 02/27/2025) |
| 03/14/2025 | 58 | Consent MOTION for Leave to File 47 Amended Complaint by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Exhibit Redlined Second Amended Complaint, # 2 Exhibit Second Amended Complaint – Redacted)(Janssen, Kara) Modified event on 3/17/2025 (znmw). (Entered: 03/14/2025) |
| 03/14/2025 | 59 | SEALED DOCUMENT re 58 Motion for Leave to File filed by JANE DOE, MARY DOE, SARA DOE(This document is SEALED and only available to authorized persons.)(Janssen, Kara) Modified to add link on 3/17/2025 (znmw). (Entered: 03/14/2025) |
| 03/14/2025 | 60 | SEALED MOTION to Proceed Under Pseudonym filed by JANE DOE, MARY DOE, SARA DOE (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Janssen, Kara) (Entered: 03/14/2025) |
| 03/14/2025 | 61 | MOTION for Temporary Restraining Order by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Kara Janssen |

| | | |
|---|---|---|
| | | ISO Motions for Temporary Restaining Order & to Proceed Under Pseudonynm, # 3 Declaration of Ellen Doe, # 4 Declaration of Rachel Doe, # 5 Text of Proposed Order)(Janssen, Kara) (Entered: 03/14/2025) |
| 03/14/2025 | 62 | SEALED DOCUMENT filed by JANE DOE, MARY DOE, SARA DOE re 61 MOTION for Temporary Restraining Order (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Ellen Doe (Unredacted), # 2 Declaration of Rachel Doe (Unredacted))(Janssen, Kara) (Entered: 03/14/2025) |
| 03/17/2025 | 63 | RESPONSE re 61 MOTION for Temporary Restraining Order *(redacted)* filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP. (Attachments: # 1 Declaration of Health Services Administrator, # 2 Declaration of Associate Warden, # 3 Text of Proposed Order)(Robinson, John) (Entered: 03/17/2025) |
| 03/17/2025 | 64 | SEALED OPPOSITION filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP. re 61 Motion for TRO, (Attachments: # 1 Declaration of Health Services Administrator, # 2 Declaration of Associate Warden)(Robinson, John) (Entered: 03/17/2025) |
| 03/18/2025 | 65 | REPLY to opposition to motion re 61 MOTION for Temporary Restraining Order filed by JANE DOE, MARY DOE, SARA DOE. (Janssen, Kara) Modified docket text on 3/25/2025 (zdp). (Entered: 03/18/2025) |
| 03/18/2025 | 66 | MOTION to Convert Pending Motion for Further Temporary Restraining Order to Motion for Further Preliminary Injunction or Temporary Restraining Order by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Janssen, Kara) (Entered: 03/18/2025) |
| 03/18/2025 | 67 | SEALED DOCUMENT filed by JANE DOE, MARY DOE, SARA DOE(This document is SEALED and only available to authorized persons.)(Janssen, Kara) (Entered: 03/18/2025) |
| 03/19/2025 | 68 | ORDER granting 58 Motion for Leave to File; granting 66 Motion to Convert/Motion for Preliminary Injunction; it is hereby ORDERED that the plaintiffs' Motion for a Preliminary Injunction is GRANTED; and it is further ORDERED that the defendants are hereby enjoined from implementing sections 4(a) and 4(c) of Executive Order 14168 with regard to Rachel Doe and Ellen Doe, pending further Order of this Court; and it is further ORDERED that the defendants shall immediately transfer plaintiffs Rachel Doe and Ellen Doe back to women's penitentiaries and reinstate or continue their gender dysphoria treatment, pending further Order of this Court. See Order for details. Signed by Judge Royce C. Lamberth on 3/19/2025. (lcrcl3) (Entered: 03/19/2025) |
| 03/31/2025 | 69 | NOTICE of Appearance by Elizabeth Brooke Layendecker on behalf of All Defendants (Layendecker, Elizabeth) (Main Document 69 replaced on 4/1/2025) (zdp). (Entered: 03/31/2025) |
| 04/01/2025 | 70 | NOTICE of Appearance by Alexander James Yun on behalf of All Defendants (Yun, Alexander) (Main Document 70 replaced on 4/1/2025) (zdp). (Entered: 04/01/2025) |
| 04/01/2025 | 71 | Consent MOTION for Extension of Time to File Answer by JAMES R. MCHENRY, III, WILLIAM LOTHROP. (Attachments: # 1 Text of Proposed Order)(Yun, Alexander) (Entered: 04/01/2025) |
| 04/02/2025 | 72 | |

13

| | | |
|---|---|---|
| | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 44 Order on Motion for Preliminary Injunction,,, 55 Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, 68 Order on Motion for Leave to File,,, Order on Motion for TRO,,, Order on Motion for Miscellaneous Relief,, by JAMES R. MCHENRY, III, WILLIAM LOTHROP. Fee Status: No Fee Paid. Parties have been notified. (Layendecker, Elizabeth) (Entered: 04/02/2025) |
| 04/02/2025 | 73 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 72 Notice of Appeal to DC Circuit Court,. (zdp) Modified docket text on 4/2/2025 (zdp). (Entered: 04/02/2025) |
| 04/02/2025 | | USCA Case Number 25–5099 for 72 Notice of Appeal to DC Circuit Court, filed by WILLIAM LOTHROP, JAMES R. MCHENRY, III. (zdp) (Entered: 04/03/2025) |
| 04/04/2025 | 74 | NOTICE OF WITHDRAWAL OF APPEARANCE as to WILLIAM LOTHROP, JAMES R. MCHENRY, III. Attorney John Robinson terminated. (Robinson, John) (Entered: 04/04/2025) |
| 04/11/2025 | 75 | ORDER: Upon consideration of the consent Motion 71 for an Extension of Time to Answer or Otherwise Respond to the Complaint, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants' deadline to respond to the Complaint shall be extended to April 25, 2025. Signed by Judge Royce C. Lamberth on 04/10/2025. (lcrcl2) (Entered: 04/11/2025) |
| 04/24/2025 | 76 | Consent MOTION to Stay *Proceedings* by WILLIAM LOTHROP, JAMES R. MCHENRY, III. (Attachments: # 1 Text of Proposed Order)(Yun, Alexander) (Entered: 04/24/2025) |
| 04/25/2025 | 77 | ORDER granting 76 Motion to Stay. Signed by Judge Royce C. Lamberth on 4/25/2025. (lcrcl3) (Entered: 04/25/2025) |
| 04/28/2025 | | Case Stayed. (smc) (Entered: 04/28/2025) |
| 04/29/2025 | 78 | Joint MOTION for Protective Order by WILLIAM LOTHROP, JAMES R. MCHENRY, III. (Attachments: # 1 Text of Proposed Order)(Layendecker, Elizabeth) (Entered: 04/29/2025) |
| 05/06/2025 | 79 | ORDER: Upon consideration of the parties' joint Motion 78 for a Protective Order, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED. See Order for details as to the Protective Order. Signed by Judge Royce C. Lamberth on 05/06/2025. (lcrcl2) (Entered: 05/06/2025) |
| 05/12/2025 | 80 | NOTICE of Voluntary Dismissal re Sophia Doe by JANE DOE, MARY DOE, SARA DOE (Janssen, Kara) (Entered: 05/12/2025) |
| 05/12/2025 | 81 | Unopposed MOTION for Preliminary Injunction *Unopposed Motion for Renewed Preliminary Injunction* by JANE DOE, MARY DOE, SARA DOE. (Attachments: # 1 Memorandum in Support Memorandum of Points & Authorities, # 2 Exhibit A – Declaration of Zoe Doe, # 3 Exhibit B – Declaration of Olivia Doe, # 4 Exhibit C – Declaration of Susan Doe, # 5 Exhibit D – Declaration of Sally Doe, # 6 Exhibit E – Declaration of Emily Doe, # 7 Exhibit F – Declaration of Lois Doe, # 8 Exhibit G – Declaration of Mary Doe, # 9 Exhibit H – Declaration of Wendy Doe, # 10 Exhibit I – Declaration of Sara Doe, # 11 Text of Proposed Order)(Janssen, Kara) (Entered: 05/12/2025) |

| 05/12/2025 | 82 | SEALED DOCUMENT filed by JANE DOE, MARY DOE, SARA DOE re 81 Unopposed MOTION for Preliminary Injunction *Unopposed Motion for Renewed Preliminary Injunction* (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit B – Declaration of Olivia Doe (Unredacted), # 2 Exhibit C – Declaration of Susan Doe (Unredacted), # 3 Exhibit D – Declaration of Sally Doe (Unredacted), # 4 Exhibit E – Declaration of Emily Doe (Unredacted), # 5 Exhibit F – Declaration of Lois Doe (Unredacted), # 6 Exhibit G – Declaration of Mary Doe (Unredacted), # 7 Exhibit H – Declaration of Wendy Doe (Unredacted), # 8 Exhibit I – Declaration of Sara Doe (Unredacted))(Janssen, Kara) (Entered: 05/12/2025) |
| --- | --- | --- |
| 05/15/2025 | 83 | ORDER: Upon consideration of the unopposed Motion 81 for a Renewed Preliminary Injunction and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants are ENJOINED from implementing Sections 4(a) and 4(c) of Executive Order 14168 against the plaintiffs from May 25, 2025 to August 23, 2025; and it is further ORDERED that, during that period, the defendants shall maintain and continue the plaintiffs' housing status in women's facilities and shall continue to provide their gender dysphoria treatment as it existed immediately prior to January 20, 2025. See Order for details. Signed by Judge Royce C. Lamberth on 05/15/2025. (lcrcl2) (Entered: 05/15/2025) |
| 06/04/2025 | 84 | NOTICE OF APPEAL TO DC CIRCUIT COURT by JAMES R. MCHENRY, III, WILLIAM LOTHROP. Fee Status: No Fee Paid. Parties have been notified. (Yun, Alexander) (Entered: 06/04/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 1:25-cv-286 |

**NOTICE OF APPEAL**

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order granting Plaintiffs' Motion for a Renewed Preliminary Injunction. (ECF No. 83).

Dated: June 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Alexander J. Yun*
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

    *Plaintiffs*,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,

    *Defendants*.

Case No. 1:25-cv-286-RCL

## ORDER

This Court entered two preliminary injunctions in this dispute on February 24, 2025 [ECF No. 55] and March 19, 2025 [ECF No. 68]. These injunctions will expire on May 25, 2025 and June 17, 2025, respectively.

On May 12, 2025, the plaintiffs moved for the Court to enter a new preliminary injunction, providing the same relief as the prior injunctions, to begin on May 25, 2025 and end on August 23, 2025. *See* Mot. for Renewed Preliminary Injunction, ECF No. 81. The defendants indicated, in consultation with the plaintiffs and in their own Motion to Stay Proceedings, that they do not oppose extending these preliminary injunctions. *See* Mot. to Stay Proceedings 2 n.1, ECF No. 76 ("If Plaintiffs move to renew these two preliminary injunctions for 90 days, Defendants would not oppose it."). Neither is the Court aware of any newly discovered factual circumstances that would necessitate a reassessment of the Court's prior holdings that the plaintiffs have met their burden for preliminary injunctive relief or a reevaluation of the terms of that relief.

Therefore, upon consideration of the unopposed Motion for a Renewed Preliminary Injunction and the entire record herein, it is hereby

**ORDERED** that the plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against any plaintiff in this action for the period from May 25, 2025 to August 23, 2025; and it is further

**ORDERED** that, for that period, the defendants shall maintain and continue plaintiffs Jane Doe, Mary Doe, Sara Doe, Emily Doe, Zoe Doe, Tori Doe, Olivia Doe, Susan Doe, Sally Doe, Wendy Doe, Rachel Doe, and Ellen Doe's housing status in women's facilities and shall continue to provide their gender dysphoria treatment as it existed immediately prior to January 20, 2025.

In accordance with the Prison Litigation Reform Act, the Court finds that this preliminary injunction is narrowly drawn, extends no further than necessary to correct the harm that the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm. 18 U.S.C. § 3626(a)(2). The plaintiffs have shown a substantial likelihood of success on their claims that implementation of sections 4(a) and 4(c) as to them is or would be unlawful and is causing or would cause them immediate, irreparable harm. Because applying Sections 4(a) and 4(c) to the plaintiffs would cause this serious and irreparable harm, a preliminary injunction preventing the implementation of those sections as to the plaintiffs is necessary to correct the harm and is the least intrusive means necessary to do so. Furthermore, because this preliminary injunction prevents the implementation of only those sections of the Order for which Plaintiffs have demonstrated a likelihood of success on the merits and immediate, irreparable harm if a preliminary injunction is not entered, this Order extends no further than necessary to correct the harm that requires this preliminary relief.

Finally, this Court has considered any adverse impact on public safety or on the operation of the criminal justice system caused by this relief and has given substantial weight to such impacts. *Id.* After this consideration, the Court has concluded and so finds that no adverse impacts

on public safety or the operation of the criminal justice system will result from maintaining the status quo of the plaintiffs' medical care and housing status while this litigation proceeds.

Date: May 15, 2025

Royce C. Lamberth
United States District Judge

3