# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5099**

**September Term, 2025**

**1:25-cv-00286-RCL**
**1:25-cv-00401-RCL**
**1:25-cv-00653-RCL**

**Filed On: April 17, 2026** [2169121]

Jane Doe, et al.,

      Appellees

    v.

William K. Marshall, III, in his official
capacity as Director of the Federal Bureau
of Prisons and Todd Blanche, in his official
capacity as Acting Attorney General of the
United States,

      Appellants

------------------------------

Consolidated with 25-5101, 25-5108,
25-5210, 25-5213, 25-5215, 25-5304,
25-5305, 25-5306, 25-5419, 25-5420,
25-5427, 26-5066, 26-5067, 26-5069

**O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of
the mandate herein until seven days after disposition of any timely petition for rehearing
or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This
instruction to the Clerk is without prejudice to the right of any party to move for
expedited issuance of the mandate for good cause shown.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
           Daniel J. Reidy
           Deputy Clerk